JOHN D. HAVENS, Appellant, v. DALE et al., Respondents.

No. 582; November 9, 1865.

**Appeal—Dismissal Without Motion.**—An appeal may in all cases be dismissed, without a motion therefor first filed, where the appellan has no "case" on appeal, that is, no statement on appeal; and it is not claimed that there is error in the judgment-roll.

APPI AL from Twelfth Judicial District, San Mateo County.

A. Te gue for appellant; C. N. Fox for respondents.

SHAI TER, J.—This is an appeal from a judgment in ejectmen , and from an order denying a motion made by appellant for a new trial.

There 's no statement on appeal, and it is not claimed that there is any error in the judgment-roll. The statement on motion f )r new trial contains no specification of grounds as required by the act of 1861, under which the motion and statemen in support of it were made: Barrett v. Tewksbury, 15 Cal. 54.

It is n t necessary that a respondent should move to dismiss under the thirteenth rule of the court, in a case where there is no sta ement which we are at liberty to notice. Where the objectior is one "affecting the right of the appellant to be heard or the points of error assigned," a motion to dismiss must be made at the first term after the filing of the transcript; but in this case, no errors having been assigned, the defec in the proceedings is one to which the rule has no appli ation. The difficulty is that the appellant has no "case" here on appeal: 15 Cal. 354.

Judgment affirmed.

We concur: Sanderson, C. J.; Sawyer, J.; Currey, J.; Rhodes, J.